# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2014

## NO. 03-13-00109-CV

**Bobby Oxford, Appellant**

**v.**

**Lane Pinckney, Appellee**

## APPEAL FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on January 25, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.